

DISTRICT COURT
F I L E D

AUG -5 2020

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

FRANKIE DICKS, )
)
    Plaintiff, )
)
vs. ) No. 2020-02406
)
GOLD WYNN RED RIVER LLC, d/b/a )
RED RIVER APARTMENTS, )
)
    Defendant. )

Caroline Wall

### PETITION FOR DAMAGES

**COMES NOW** the Plaintiff, FRANKIE DICKS, and for his cause of action against the Defendant, GOLD WYNN RED RIVER LLC, d/b/a RED RIVER APARTMENTS, alleges and states as follows:

1.     That the Plaintiff is a resident of Tulsa County, State of Oklahoma; and, that Defendant, GOLD WYNN RED RIVER LLC, d/b/a RED RIVER APARTMENTS, is a limited liability company, organized and existing under the laws of the State of Delaware. That the complaint alleged herein occurred in Tulsa County, State of Oklahoma and that this Court has jurisdiction over the parties and subject matter herein.

EXHIBIT
1

## FIRST CAUSE OF ACTION

2.  On August 21, 2019, Plaintiff, FRANKIE DICKS, became the lessee of an apartment home located at 1614 E 71ST St Apt. 1805, Tulsa, Oklahoma. Said home was owned and maintained by Defendant, GOLD WYNN RED RIVER LLC, d/b/a RED RIVER APARTMENTS.

3.  On June 10, 2020, Plaintiff, FRANKIE DICKS, was seriously injured when the bathroom cabinet came away from the wall striking him on the head and neck.

4.  That Defendant, GOLD WYNN RED RIVER LLC, d/b/a RED RIVER APARTMENTS, owed a duty to all persons, particularly the Plaintiff, for the adequate maintenance and repair of said rental premises. That this duty and responsibility was breached in that this Defendant failed to adequately oversee, maintain and repair said premises and that Defendant's agents, servants or employees negligently maintained the rental property. Such negligence was the proximate cause of Plaintiff's injuries and damages.

5.  As a result of the negligence of the Defendant, Plaintiff, FRANKIE DICKS, was injured and his injuries are permanent, painful and progressive. When injured, Plaintiff was 56 years of age with a life expectancy of 23.1 more years according to the National Vital Statistics Reports, May 7, 2019.

6.  As a result of the injuries sustained, Plaintiff has and will incur medical expenses, has and will suffer pain of mind and body and has had his earning capacity impaired.

**WHEREFORE,** Plaintiff, FRANKIE DICKS, prays for judgment against the Defendant, GOLD WYNN RED RIVER LLC, d/b/a RED RIVER APARTMENTS, in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code together with the costs of this action.

Respectfully submitted,

By: _____
DONALD E. SMOLEN, SR., OBA #8431
201 W 5th St Ste 530
Tulsa OK 74103-4245
(918) 583-7800 - Telephone
(918) 583-7838 - Facsimile

*Attorney for Plaintiff*

**ATTORNEY'S LIEN CLAIMED**

3