# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

1) FRANKIE DICKS,

    Plaintiff(s)

vs.                                        Case Number: **4:20-cv-00429-JED-FHM**

1) GOLD WYNN RED RIVER LLC

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

---

**GOLD WYNN RED RIVER LLC d/b/a RED RIVER APARTMENTS**

[name of party]

who is a (check one)  ☐ PLAINTIFF  ☑ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

2. **Does party have any parent corporations?**

    (Check one)  ☑ YES  ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    Gold Wynn Asset Management, LLC (parent entity)
    Wynn Weinzweig Investments Inc. (grandparent entity)

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  24th  day of  August  , 20 20 .

| | |
|---|---|
| /s/Aaron C. Tifft | |
| Signature | |
| Aaron C. Tifft | 33288 |
| Printed Name | Bar Number |
| Hall Estill | |
| Firm Name | |
| 320 S. Boston Ave., Suite 200 | |
| Address | |
| Tulsa | OK   74103 |
| City | State   ZIP |
| 918-594-0400 | 918-594-0505 |
| Phone | Fax |
| atifft@hallestill.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on     August 25, 2020     (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Donald E. Smolen, Sr.
    Smolen & Smith
    dsmolensr@gmail.com

/s/Aaron C. Tifft
 Signature